

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2019

No. 04-19-00232-CR

Abrosia **LERMA** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B17137
Honorable Rex Emerson, Judge Presiding

# O R D E R

The Appellant's Response to Notice of Late Brief and Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to August 28, 2019.

It is so **ORDERED** on July 30, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court